DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN CARLOS CARMENATE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1975

[September 3, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432018CF000885A.

Antony P. Ryan, Regional Counsel, and Danielle Nicole Forté, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Juan Carlos Carmenate appeals his conviction of three counts of attempted first-degree murder on a law enforcement officer and his sentence of life in prison. We affirm his conviction but remand with instructions. The circuit court orally found Carmenate competent to proceed but failed to enter a written order consistent with the oral finding. On remand, the circuit court shall enter a written order of competency nunc pro tunc to the date of the oral finding.

*Affirmed and remanded with instructions.*

KUNTZ, C.J., GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***